IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


EDNER MICHEL,

      Petitioner,

v.                                       CASE NO. 4:06-cv-00037-MP-WCS

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID HARVEY, and
DEPARTMENT OF
HOMELAND SECURITY,

      Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 25, Report and Recommendation of the

Magistrate Judge, which recommends that Petitioner Michel's petition for writ of habeas corpus

be granted. The Magistrate Judge filed the Report and Recommendation on Thursday, July 27,

2006. The parties have been furnished a copy of the Report and Recommendation and have been

afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section

636(b)(1), the Court must make a *de novo* review of those portions to which an objection has

been made. In this instance, however, no objections were made.

The Court agrees with the Magistrate that because there is no significant likelihood of the

removal of Petitioner Michel in the foreseeable future, his continued detention is no longer

authorized. Petitioner has been in Respondents' custody since July 20, 2005. Since February 1,

2005, Respondents have unsuccessfully attempted on five separate occasions to obtain travel

documents for Petitioner from the Consulate of Haiti. The Court agrees with the Magistrate that

the Petitioner has made a prima facie case that his continued detention is no longer authorized

under Zadvydas v. Davis, 533 U.S. 678 (2001).  Petitioner alleges that he has been held in

custody longer than six months, that the Haitian government is "in turmoil and unstable," and

that the government "refuses to accept certain deportees with criminal convictions." Doc. 1 at 9.

The Respondents have presented no evidence to rebut these allegations.  The fact that the United

States government has received no answer from the Haitian government to five separate inquires

over the last nineteen months for Petitioner's travel documents testifies to the unlikelihood of

removal any time soon.

The presumptively reasonable period of detention under 8 U.S.C. § 1231(a)(6) has

passed, and the Respondents have failed to rebut the Petitioner's showing that that there is no

significant likelihood of removal in the reasonably foreseeable future.  Thus, continued detention

of Petitioner is unauthorized.  Therefore, having considered the Report and Recommendation, I

have determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is

hereby

**ORDERED AND ADJUDGED**:

1.      Petitioner Edner Michel's petition for a writ of habeas corpus, Doc. 1, filed
        pursuant to 28 U.S.C. § 2241, is GRANTED.

2.      Respondents are ordered to release Petitioner from custody under such terms and
        conditions deemed necessary to keep Respondents advised of Petitioner's
        whereabouts pending his removal and in compliance with the requirements of 8
        U.S.C. § 1231(a)(3).

**DONE AND ORDERED** this __7th_ day of September, 2006

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge